UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL COLEY and DOUGLAS ALLEN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.

CAR TUNES STEREO CENTER, INC. and MARK CONSTANTAKIS,

      Defendants.

Case No. 17-11233
Hon. Denise Page Hood
Magistrate Judge Anthony P. Patti

_____/

| GOLD STAR LAW, P.C. | BODMAN PLC |
|---|---|
| By: Maia Johnson Braun (P40533) | By: Maureen Rouse-Ayoub (P46301) |
| David A. Hardetsy (P38609) | Danielle C. Lester (P71929) |
| 2701 Troy Center Dr., Ste. 400 | 1901 St. Antoine Street |
| Troy, MI 48084 | Detroit, MI 48226 |
| mjohnson@goldstarlaw.com | mrouse-ayoub@bodmanlaw.com |
| dhardesty@goldstarlaw.com | dlester@bodmanlaw.com |
| (248)275-5200 | (313) 259-7777 |
| Attorneys for Plaintiff | Attorneys for Defendants |

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF MARK CONSTANTAKIS**

This matter is before the Court upon stipulation of the parties, through their respective counsel, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Mark Constantakis is hereby dismissed with prejudice from the lawsuit, and without fees or costs to either party.

FURTHER IT IS ORDERED that the caption is amended to state, MICHAEL COLEY and DOUGLAS ALLEN, on behalf of themselves and all others similarly situated v. Car Tunes Stereo Center, Inc., Case No. Case No. 17-11233.

Dated:  August 9, 2017                              s/Denise Page Hood
                                                    Chief Judge, U. S. District Court

**Stipulate to entry:**

GOLD STAR LAW, P.C.

By:   s/Maia Johnson Braun
      Maia Johnson Braun (P40533)
Attorneys for Plaintiff

BODMAN PLC

By:   s/Maureen Rouse-Ayoub *(with permission)*
      Maureen Rouse-Ayoub (P46301)

Attorneys for Defendant

Dated: August 9, 2017