UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL COLEY and DOUGLAS ALLEN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

CAR TUNES STEREO CENTER, INC.,

        Defendant.

Case No. 17-11233
Hon. Denise Page Hood
Magistrate Judge Anthony P. Patti

_____/

| GOLD STAR LAW, P.C. | BODMAN PLC |
|---|---|
| By:   Maia Johnson Braun (P40533) | By:   Maureen Rouse-Ayoub (P46301) |
|       David A. Hardetsy (P38609) |       Danielle C. Lester (P71929) |
| 2701 Troy Center Dr., Ste. 400 | 1901 St. Antoine Street |
| Troy, MI 48084 | Detroit, MI 48226 |
| mjohnson@goldstarlaw.com | mrouse-ayoub@bodmanlaw.com |
| dhardesty@goldstarlaw.com | dlester@bodmanlaw.com |
| (248)275-5200 | (313) 259-7777 |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

      This matter is before the Court upon stipulation of the parties, through their respective counsel, and the Court being fully advised in the premises:

2

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice, and without fees or costs to either party.

This Order resolves the last pending claim and closes the case.

Dated: August 17, 2017     s/Denise Page Hood
                           Chief Judge, U.S. District Court Court

**Stipulate to entry:**

GOLD STAR LAW, P.C.

By:   s/Maia Johnson Braun *(with permission)*
      Maia Johnson Braun (P40533)
Attorneys for Plaintiff

BODMAN PLC

By:   s/Maureen Rouse-Ayoub
      Maureen Rouse-Ayoub (P46301)

Attorneys for Defendant

Dated: August 17, 2017